CITY OF ST. LOUIS v. FRANK WOODWARD, Appellant.

Division One, July 1, 1911.

Appeal from St. Louis Court of Criminal Correction.— *Hon. Wilson A. Taylor*, Judge.

REVERSED.

*Seddon & Holland* and *F. C. Sharp* for appellant.

*Lambert E. Walther* and *Truman P. Young* for respondent.

BLAIR, C.—The facts in this case are identical with those in the case of City of St. Louis v. Frank E. Williams, reported at page 503 of this Report. For the reasons given in the opinion in that case the judgment in this is reversed. *Brown, C.*, concurs.

PER CURIAM.—The foregoing opinion of BLAIR, C., is adopted as the opinion of the court. All the judges concur except *Valliant, J.*, who dissents.